```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CREATIVE IMPLEMENTATION            :
CORP., et al.,                     :
                                   :
              Plaintiffs,          :
                                   :    18 Civ. 9694 (VM)
     - against -                   :
                                   :
DEALS ON CALL LLC, et al.          :         ORDER
                                   :
              Defendants.          :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the conference in the above-captioned matter scheduled for Friday, December 18, 2020 at 4:45 P.M. is cancelled. A status conference in this matter will be held on Friday, January 22, 2021 at 2:00 P.M.

**SO ORDERED.**

Dated: New York, New York
       15 December 2020

                                        _____
                                        Victor Marrero
                                        U.S.D.J.