RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MEGAN ABNER
PAUL FRAULO



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 13, 2021

January 12, 2021

**VIA ECF**
Hon. Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Creative Implementation Corp. et al. v. Deals on Call LLC et al.*
Civil Action No.: 18-cv-9694 (VM)

Dear Judge Marrero:

This firm represents Plaintiffs, Creative Implementation Corp. and 26 Flavors LLC ("Plaintiffs") in connection with the above-captioned litigation. We submit this letter motion in support of Plaintiffs' request that the Court (1) refer this case to a Magistrate Judge for the purpose of settlement mediation; and (2) stay discovery and all upcoming dates until the completion of settlement mediation. Counsel for Defendants, Deals on Call LLC and Yury Berson ("Defendants") has indicated that Defendants do not oppose this request.

Good cause exists for this request for at least the following reasons: (a) While substantial discovery has already been completed, expensive depositions remain to be taken, followed most likely by summary judgment and these additional significant expenses can potentially be avoided; (b) The path to final resolution is quicker through settlement than it would be through continued litigation, which has already been delayed substantially by the COVID 19 Outbreak; and (c) the current Scheduling Order provides for fact discovery to expire on January 16, 2021, and if the Court were to deny this request it would be necessary for the parties to seek another extension of same.

In view of the foregoing, and for good cause shown, Plaintiffs respectfully request that the Court refer this case to an available Magistrate Judge of the Southern District of New York for purposes of settlement mediation, and that discovery and all dates indicated in the current Scheduling Order be stayed until the completion of said mediation.

Respectfully submitted,

STERN & SCHURIN LLP

Steven Stern

**Request GRANTED.**
The discovery deadlines are hereby stayed until completion of settlement mediation.

**SO ORDERED.**
January 13, 2021
DATE          VICTOR MARRERO, U.S.D.J.