```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CREATIVE IMPLEMENTATION CORP.
and 26 FLAVORS LLC,

                                      Plaintiffs,

        -against-

DEALS ON CALL LLC and YURY BERSON,

                                      Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

18-CV-9694 (VM)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 44). A telephone conference will be held on **Tuesday, January 26, 2021 at 10:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: January 14, 2021
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge