```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CREATIVE IMPLEMENTATION              :
CORP., et al.,                       :
                                     :
              Plaintiffs,            :
                                     :    18 Civ. 9694 (VM)
    - against -                      :
                                     :
DEALS ON CALL LLC, et al.            :        ORDER
                                     :
              Defendants.            :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the conference in the above-captioned matter scheduled for Friday, January 22, 2021 at 2:00 P.M. is cancelled.

**SO ORDERED.**

Dated: New York, New York
       20 January 2021

Victor Marrero
U.S.D.J.