

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/21/2021

**MEMO ENDORSED**

266 Post Road East
Westport, CT 06880
203.221.3100
203.221.3199/fax

261 Madison Avenue
26th Floor
New York, NY 10016
212.682.5700
212.682.5797/fax
www.mayalaw.com

January 21, 2021

**BY ECF ONLY**

The Honorable Katharine H. Parker, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl Street, Chambers - Suite 1040
New York, New York 10007

      Re:    Creative Implementation Corp. and 26 Flavors LLC v.
               Deals on Call LLC and Yury Berson
               SDNY Docket No. 18-cv-09694

Honorable Madam:

      We are counsel for the Defendants in the above-referenced matter, which has been scheduled for an initial call with Your Honor (on January 26th) in connection with an upcoming mediation of the subject lawsuit.

      Since I have two other virtual state court matters scheduled for that day, I connected with counsel for the Plaintiffs to ascertain their position on a potential adjournment. I would ordinarily not seek an adjournment in this District for conflicting state court matters, but court dates are extraordinarily difficult to obtain during COVID, and these dates were assigned months in advance. Plaintiffs' counsel has consented and joined in this request, and we are all available on the following dates: February 2, February 5, or February 8 (afternoon). Your Honor's clerk has indicated that February 8th in the afternoon may be available with the Court for the initial conference call.

      Should the Court be inclined to grant this request, we would be most appreciative. Should any further information be required, please do not hesitate to contact the undersigned.

                                          Respectfully,

                                          *H. Daniel Murphy*
                                          _____
                                          H. Daniel Murphy, Esq.

Cc:    Steven Stern, Esq.

**This case has been referred to me for settlement purposes (docket no. 44). The telephone conference previously scheduled for Tuesday, January 26, 2021 at 10:00 a.m. in advance of a settlement conference has been rescheduled to <u>Monday, February 8, 2021 at 3:00 p.m.</u> The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

01/21/2021