UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CREATIVE IMPLEMENTATION CORP.
and 26 FLAVORS LLC,

                              Plaintiffs,

               -against-

DEALS ON CALL LLC and  YURY BERSON,

                             Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**18-CV-9694 (VM)**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 02/09/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Wednesday, March 17, 2021 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **March 10, 2021 by 5:00 p.m.**

       SO ORDERED.

Dated: February 9, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge