**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
Creative Implementation Corp.,  :
et al.                          :
                                :
                    Plaintiffs, :
                                :       **18 Civ. 9694 (VM)**
        -against-               :          **ORDER**
                                :
Deals on Call LLC, et al.,      :
                                :
                    Defendants. :
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the case management conference scheduled for Friday, October 29 at 3:00 PM is cancelled. The parties are directed to provide the Court a written update as to the status of discovery and any outstanding issues by Friday, November 12.

**SO ORDERED:**

Dated:    New York, New York
          27 October 2021

_____
Victor Marrero
U.S.D.J.