```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Creative Implementation Corp.,    :
et al.                            :
                                  :
                  Plaintiffs,     :
                                  :         18 Civ. 9694 (VM)
         -against-                :         ORDER
                                  :
Deals on Call LLC, et al.,        :
                                  :
                  Defendants.     :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the case management conference scheduled for Friday, January 28, 2022 is rescheduled for Friday, April 15 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         26 January 2022

_____
Victor Marrero
U.S.D.J.