```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Creative Implementation Corp.,    :
et al.                            :
                                  :
                  Plaintiffs,     :
                                  :            18 Civ. 9694 (VM)
          -against-               :            ORDER
                                  :
Deals on Call LLC, et al.,        :
                                  :
                  Defendants.     :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022

**VICTOR MARRERO, U.S.D.J.:**

At the request of the parties, it is hereby ordered that the case management conference scheduled for Friday, April 15, 2022 is rescheduled for May 20, 2022 at 10:00 a.m. No further extensions of fact discovery will be considered.

**SO ORDERED:**

Dated:   New York, New York
         12 April 2022

_____
Victor Marrero
U.S.D.J.