**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
CREATIVE IMPLEMENTATION            :
CORP.,                             :        **18 CV 9694(VM)**
                   Plaintiffs      :
        -against-                  :        **ORDER**
                                   :
DEALS ON CALL LLC                  :
ET AL,                             :
                                   :
                   Defendants.     :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled

for Friday, May 20, 2022 at 10:00 A.M. shall be a teleconference.

The parties are directed to use the dial-in number 888-363-4749,

with access code 8392198.

**SO ORDERED:**

Dated:
        New York, New York
        09 May 2022

                                    _____
                                         Victor Marrero
                                           U.S.D.J.