

164 West 25th Street, Suite 11R
New York, NY 10001
Tel +1 212.380.3623
kk@gs2law.com

*Via ECF*

Hon. Magistrate Katharine H. Parker
United States District Court
500 Pearl Street
New York, New York 10007

July 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2022

**MEMO ENDORSED**

Re:   Creative Implementation Corp. et al v. Deals on Call LLC et al. (18-cv-9694(VM))

To The Hon. Magistrate Parker:

This firm represents Plaintiffs in the above-referenced. I write with consent of counsel for Defendants to request an adjournment of the settlement conference presently scheduled for August 10, 2022 due to a travel conflict for one of the parties' representatives.

I have consulted with counsel for Defendants, and all parties would be available September 14th, 15th, or 16th, with the preferred date among those being the 16th if the Court's schedule allows. If none of those dates are available, I am happy to coordinate with counsel to provide additional availability at the direction of the Court.

Respectfully,

/s/ Kevin Kehrli

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, August 10, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to <u>Tuesday, November 1, 2022 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 25, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
07/28/2022