USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| CREATIVE IMPLEMENTATION CORP., ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> DEALS ON CALL LLC, ET AL., <br><br> Defendants. | **18 Civ. 9694 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

    The parties are hereby directed to submit a status report and a contemplated schedule of next steps in the case.

**SO ORDERED.**

Dated:    4 April, 2023
             New York, New York

                                                    _____
                                                    Victor Marrero
                                                      U.S.D.J.