UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/23
```

CREATIVE IMPLEMENTATION CORP., ET AL.,

              Plaintiffs,

- against -

DEALS ON CALL LLC, ET AL.,

              Defendants.

18-cv-9694 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On November 1, 2022, the parties appeared before Magistrate Judge Katharine H. Parker for a settlement conference. Following months of apparent inactivity by the parties, on April 4, 2023, the Court ordered the parties to submit a status report and a contemplated schedule of next steps in the case. (See Dkt. No. 71.) As of the date of this Order the Court has not received any submissions from the parties.

In light of the parties' lack of prosecution of the case and failure to comply with the Court's April 4, 2023 Order, the Court hereby dismisses this case without prejudice. The Court Clerk is respectfully directed to close the case.

**SO ORDERED.**

Dated:    25 April, 2023
             New York, New York

                                              Victor Marrero
                                              U.S.D.J.