

266 Post Road East
Westport, CT 06880
203.221.3100
203.221.3199/fax

261 Madison Avenue
26th Floor
New York, NY 10016
212.682.5700
212.682.5797/fax
www.mayalaw.com

April 25, 2023

The Honorable Victor Marrero, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street, Chambers - Suite 1040
New York, New York 10007

**VIA ECF ONLY**

      Re:    Creative Implementation Corp. and 26 Flavors LLC v.
                Deals on Call LLC and Yury Berson
                <u>SDNY Docket No. 18-cv-09694</u>

Honorable Sir:

      As the Court is aware, our firm represents the Defendants in the above-referenced matter. On April 4, 2023, this Court directed the parties to file a status report, which was inadvertently not complied with. Earlier today, this Court ordered the case dismissed without prejudice.

      Over the last couple of weeks, counsel for the parties have been actively engaged in formulating a settlement of this case. It appears that we may have reached a settlement in principle, although we are working out some particular terms for the related settlement documents.

      We respectfully request the opportunity to report back to the Court within fourteen (14) days as to the status of settlement.

                                                               Respectfully submitted,

                                                              *H. Daniel Murphy*
                                                              H. Daniel Murphy, Esq.

Cc:    Michael Steinmetz, Esq. (by email)